Dated: 8-7-2026

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 17 AM 8:56

Jane Doe, Plaintiff, Pro Se C/O R Bowman

Address: 18 Summit St #415
East Orange NJ 07017

Phone: 862 766 3933

Email: LRR444@Gmail.com

NOTICE OF FORTHCOMING AMENDMENT TO ADD CITY OF HOLYOKE AND HOLYOKE POLICE DEPARTMENT AS DEFENDANTS

Plaintiff hereby provides notice to this Court that this complaint will be amended within six (6) months of the date of filing to add the following additional defendants:

1. CITY OF HOLYOKE, Massachusetts — a municipal corporation;
2. HOLYOKE POLICE DEPARTMENT — a municipal law enforcement agency;
3. JOHN DOE RED-HAIRED OFFICER — Holyoke Police officer, Facebook friend of Nicole Mazur, identity to be confirmed through subpoena of Holyoke Police records;
4. HOLYOKE POLICE SUPERVISOR — identity to be confirmed through subpoena of Holyoke Police records; and
5. JOHN DOE OFFICERS 1-10 — additional Holyoke Police officers involved in Plaintiff's false arrest and unlawful detention.

The reason for the forthcoming amendment is as follows: Pursuant to M.G.L. c. 258, § 4 — the Massachusetts Tort Claims Act — a claimant must present a formal Notice of Claim to a Massachusetts municipality at least six (6) months before commencing a civil action against that municipality. Plaintiff has presented a Notice of Claim to the City of Holyoke and the Holyoke Police Department simultaneously with the filing of this complaint. The six-month statutory waiting period will expire approximately six months from the date of this filing, at which time Plaintiff will file a Motion to Amend this Complaint pursuant to Federal Rule of Civil Procedure 15(a) to add the City of Holyoke, the Holyoke Police Department, and the individual Holyoke Police officers as defendants.

The claims against the City of Holyoke and Holyoke Police Department are fully

described in this complaint and include: false arrest, false imprisonment, denial of right to counsel, abuse of process, civil rights violations under 42 U.S.C. § 1983, and Monell liability based on the institutional conflict of interest arising from the entire Holyoke Police Department's Facebook friendship with Nicole Mazur and the supervisory ratification of the arresting officer's misconduct. All factual allegations supporting these claims are set forth herein and are hereby incorporated by reference into the forthcoming amendment.

Plaintiff requests that this Court take notice of the forthcoming amendment and preserve all evidence and discovery relevant to the City of Holyoke and Holyoke Police Department claims pending the amendment.

PLAINTIFF'S RESERVATION OF RIGHTS TO AMEND AND ADD DEFENDANTS

Plaintiff expressly reserves the right to amend this complaint and add additional defendants upon completion of discovery. Specifically, Plaintiff reserves the right to:

1. Identify and name Jane Doe Social Worker by her full name and professional license number upon subpoena of Holyoke Police Department records;

3. Identify and name Defendant Robert by his full legal name upon subpoena of Goldman Sachs & Co. LLC employment records;

4. Add the exact dates of all wire fraud predicate acts upon subpoena of telephone records for Nicole Mazur's Astoria, New York phone number and Robert's Goldman Sachs communications;

5. Add additional co-conspirators identified through discovery, including any additional Goldman Sachs employees, nursing home personnel who facilitated the isolation of Plaintiff's Mother, or other parties identified in Holyoke Police or hospital records;

6. Increase the damages demand upon expert appraisal of Roman Levin's literary estate — including the Nobel Laureate correspondence and rare Dovlatov editions — and forensic accounting of all dissipated financial assets;

7. Add the City of Holyoke Notice of Claim as an exhibit upon filing and confirmation of receipt by the City of Holyoke.

The filing of this complaint commences the tolling of all applicable statutes of limitations as to all named and unnamed co-conspirators in the RICO enterprise.

Jane Doe
c/o Reginald Bounds
18 Summit St #415
E Orange NJ 07017

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 17 AM 8:56

Retail
UNITED STATES POSTAL SERVICE®
10007
U.S. POSTAGE PAID
FCM LG ENV
WEST ORANGE, NJ 07052
AUG 11, 2026
$3.43
S2324A502782-14
RDC 99

U.S. District Court
For the Southern District of NY
500 Pearl St.
Room 250
New York NY 10007

Case# 26-cv-

USM P3
SDNY